Judge Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR15-053RAJ |
| Plaintiff, | |
| v. | DISCOVERY PROTECTIVE ORDER (STIPULATED) |
| SHAWN ANDRE TURNER, | |
| Defendant. | |

This matter having come before the Court on a Stipulated Motion for Entry of a Discovery Protective Order, the Court hereby enters the following:

**DISCOVERY PROTECTIVE ORDER**

**A.  Definitions**

As used in this Order, the term "Protected Information" refers to any date of birth, Social Security Number, driver's license number, bank account number, credit card number, personal identification number, address, telephone number, name and/or location of employment, criminal history record, background check, immigration history/status, and/or

DISCOVERY PROTECTIVE ORDER –
*U.S. v. BIAS et al.*
CR15-053 RAJ  - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

any other similar information or number implicating a privacy interest and belonging to an individual, business, partnership or corporation.

"Protected Information" also shall include the name of any victim of the charged offenses or any witness for whom there are safety or security concerns.

As used in this Order, the term "Protected Material" refers to any document or other record containing or reflecting Protected Information. Protected Materials shall be marked and labeled as "Protected Material."

**B.     Procedures**

Possession of Protected Information and/or Protected Material is hereby limited to the attorneys of record in the above captioned case and their investigators and agents. The attorneys of record and their investigators and agents may review Protected Information and/or Protected Material with any defendant. A defendant may visually inspect and review such documents, but shall not be allowed to possess Protected Information (such as unredacted copies of Protected Material). A defendant may possess documents from which all Protected Information has been redacted.

The attorneys of record and their investigators and agents may review or discuss the contents of documents containing Protected Material with any prospective witness, as long as the attorneys of record and investigators and agents do not share the unredacted documents, or share any Protected Information of victims or witnesses, with any prospective witness.

If any Protected Information or Protected Material is filed in court or otherwise disseminated as part of litigation, the parties agree to redact such information prior to filing; unless, based on a party's application prior to filing, the Court finds that an unredacted filing is necessary and appropriate.

For redactions, numbers that constitute Protected Information shall be redacted to the last 2-4 digits and names shall be redacted to initials.

DISCOVERY PROTECTIVE ORDER –
*U.S. v. BIAS et al.*
CR15-053 RAJ  - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  The attorneys of record and their investigators and agents shall keep any Protected
2 Material secured whenever the Protected Material is not being used in furtherance of their
3 work in the above-captioned case.

4  All documents containing Protected Material shall be returned to the United States, or
5 destroyed, once all charges are resolved by dismissal or by final conviction.

6  The parties agree that this Protective Order may be modified, as necessary, by filing
7 with the Court a Stipulated Order Modifying the Protective Order, or by other order of the
8 Court.

9  DATED this 1st day of December, 2015.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

DISCOVERY PROTECTIVE ORDER –
*U.S. v. BIAS et al.*
CR15-053 RAJ  - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970