|   |   |
|---|---|
|   | Hon. Richard A. Jones |

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CLAYTON LEON BIAS, JR. and<br>SHAWN ANDRE TURNER,<br><br>Defendants. | NO. CR15-053RAJ<br><br>ORDER CONTINUING TRIAL<br>DATE AND PRETRIAL<br>MOTIONS DEADLINE |

THIS COURT has considered the facts and circumstances contained in the parties' Stipulated Motion to Continue Trial. Based on those facts and circumstances, which are incorporated herein by reference and adopted as findings of fact, the parties' Motion is GRANTED.

THE COURT finds that a failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv) and would result in a miscarriage of justice, 18 U.S.C. § 3161(h)(7)(B)(i).

ORDER CONTINUING TRIAL – 1
*U.S. v. BIAS et al.*
CR15-053 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970
»

1    THE COURT also finds that this case is sufficiently complex that it is unreasonable to
2 expect adequate preparation for pretrial proceedings or for the trial itself within the time
3 limits established by this section, 18 U.S.C. § 3161(h)(7)(B)(ii).

4    THE COURT also finds that the ends of justice will be served by ordering a
5 continuance in this case, that a continuance is necessary to ensure adequate time for effective
6 case preparation, and that these factors outweigh the best interests of the public and the
7 defendants in a speedy trial.

8    Accordingly, the parties' Stipulated Motion to Continue the Trial Date (Dkt. #231) is
9 GRANTED. The trial date in this matter is continued from January 11, 2016 to June 27,
10 2016. All pretrial motions, including motions in limine, shall be filed no later than May 12,
11 2016.

12    THE COURT FURTHER ORDERS that the period of time from the date of this
13 Order until the new trial date of June 27, 2016, shall be excludable time pursuant to the
14 Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

15    DATED this 18th day of December, 2015.

*[Signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER CONTINUING TRIAL – 2
*U.S. v. BIAS et al.*
CR15-053 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970